**DISMISS and Opinion Filed October 29, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-01084-CV**

**CITY OF DALLAS, Appellant**
**V.**
**KIMBERLY LUDD, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-06028-E**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

Before the Court is appellant's October 21, 2024 unopposed motion to dismiss this appeal. In the motion, appellant informs the Court it no longer desires to pursue the appeal. We grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

241084F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

CITY OF DALLAS, Appellant

No. 05-24-01084-CV      V.

KIMBERLY LUDD, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-22-06028-E.
Opinion delivered by Chief Justice Burns. Justices Molberg and Pedersen, III participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered October 29, 2024